

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00813-CV

**IN RE PRECISION SHOOTING EQUIPENT, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On November 21, 2014, relator filed this petition for writ of mandamus complaining of the trial court's failure to schedule a hearing on relator's motion for default judgment filed on or about June 3, 2013. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than December 12, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 3rd, 2014.                    PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court at Law, Zapata County, Texas, the Honorable Joe Rathmell presiding.